## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: J.N.S. A/K/A J.S., A MINOR | : | No. 439 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: M.L.J. A/K/S M.S., MOTHER | : | the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.